UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY, | ) |
|     Plaintiff; | ) ) ) |
| v. | ) Docket No. |
| LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as BUSINESS MANAGER; KEVIN McGETTIGAN, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE; STEVE MORSE, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE, and all others conspiring, acting in concert or otherwise participating with them or acting in their aid or behalf. | ) 05 11213 NMG ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

## DECLARATION OF DAVID POWILATIS

Now comes David Powilatis, whose business address is One Farm Springs Road, Farmington, Connecticut 06032, who swears and affirms that the following information is true and correct to the best of his knowledge and belief.

1. I am currently employed as Manager of Labor Relations for Otis Elevator Company ("Otis"). Otis is engaged in the business of selling, installing, constructing, modernizing, maintaining and servicing elevators and escalators. Otis has its headquarters in Farmington, Connecticut and field offices throughout the United States, including Bangor and Portland, Maine.

2. As Manager of Labor Relations, I am responsible for representing Otis with respect to its relationships with labor organizations that represent Otis employees, including managing

disputes that arise under collective-bargaining agreements. I am responsible for overseeing labor matters at locations throughout the country, including Maine, New Hampshire and Massachusetts.

3. On Wednesday, June 8, 2005, I became aware that Otis employees in Bangor and Portland, Maine represented by IUEC Local 4 were not reporting to work and were engaged in a work stoppage.

4. In an effort to end this work stoppage I sent a letter dated June 8, 2005, to IUEC General President Dana Brigham, and to IUEC Regional Director Ron Koerbel it is attached as Exhibit A..

5. In a further effort to end this work stoppage, on June 8, 2005, I called IUEC Regional Director Ron Koerbel. I was not able to speak to him directly, so I left him two voicemail messages, one at his office and one on his cell phone. I have not heard back from Mr. Koerbel.

6. Beginning at or about 10:00 a.m. on Thursday, June 9, 2005, I spoke to Local 4 Business Manager Michael Langer in person at 133 Federal Street in Boston. We discussed the letter he had sent today to the Otis office regarding this work stoppage. He told me that he had sent the letter by U.S. mail to the Otis employees/Local 4 members in Maine. The letter is attached as Exhibit B. (DPP)

7. I also discussed with Business Manager Langer possible scenarios to resolve this dispute. During out conversation, Mr. Langer told me that if Otis assigned John Gorecki to work alone for one month, "I think I can get some guys back to work." After continuing to discuss the situation, Mr. Langer said that he would end the work stoppage if Otis rescinded a disciplinary letter issued to Eric Smith for refusing to work with John

Gorecki, I responded that if Local 4 ended the work stoppage and employees stopped refusing to work with Mr. Gorecki as assigned, Otis would rescind the disciplinary letter issued to Mr. Smith. Mr. Langer said "I can't do that."

SWORN to under the pains and penalties of perjury.

Dated: June 9, 2005

_____
David Powilatis

Otis Elevator Company
One Farm Springs
Farmington, Connecticut 06032-2500
(860) 676-6000



**Otis**
A United Technologies Company

June 8, 2005

**VIA FAX / 410 953-6169**

Mr. Dana Brigham
General President
IUEC
7154 Columbia Gateway Drive
Columbia, MD 21046

**VIA FAX / 617 288-6724**

Mr. Michael Langer
Business Manager
IUEC/Local No. 4
645R Morrissey Blvd.
Dorchester, MA  02122

Re: **Illegal Work Stoppage by Local 4**

Dear Mr. Brigham and Mr. Langer:

The purpose of this notice is to demand that the IUEC, Local 4 and its members immediately cease the work stoppage against Otis Elevator Company in which its employees are currently engaged. Such a work stoppage is illegal and in violation of Article XIV, the No-Strike clause in the Collective Bargaining Agreement between Otis and the IUEC. It is jeopardizing Otis' relationship with its customers and exposing the Company, its customers and the public to risk of immediate irreparable harm.

As you know, any disputes regarding employees' refusals to follow their supervisors' directions to complete reasonable work assignments, or the discipline of Otis employees/IUEC members are subject to the grievance and arbitration provision of the Otis/IUEC Collective Bargaining Agreement. The Agreement prohibits the IUEC and Local 4 from engaging in a work stoppage over disputes regarding these issues. Instead, the Union must follow the grievance and arbitration procedure in Article XV in the Agreement.

Moreover, this work stoppage is in violation of United States District Judge Stearns' November 30th Order which enjoined Local 4 from "obstructing the normal business operations of" Otis. A copy of the Order is attached. Otis will pursue all appropriate and reasonable avenues to remedy these violations.

Otis hereby demands that the IUEC, Local 4 and its members immediately cease illegal work stoppage. Please be advised that Otis will seek immediate and appropriate judicial relief if the IUEC, Local 4 and its members continue to violate the Collective Bargaining Agreement.

Sincerely,

*[signature]*

David Powilatis
Labor Relations Manger

cc:   Ron Koerbel, IUEC Regional Director (via fax: 724 452-1293)

Ex A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12493- RGS

OTIS ELEVATOR COMPANY

v

LOCAL 4, INTERNATIONAL UNION OF ELEVATOR
CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as
BUSINESS MANAGER; KEVIN McGETTIGAN, INDIVIDUALLY, and as
BUSINESS REPRESENTATIVE; STEVE MORES, INDIVIDUALLY, and as
BUSINESS REPRESENTATIVE; and all others conspiring, acting
in concert or otherwise participating with them or acting
in their aid or behalf

STANDSTILL ORDER

November 30, 2004

STEARNS, D.J.

After review of the pleadings and a hearing, and a determination that a binding collective bargaining agreement (CBA) is in effect, and with the essential (if not complete) agreement of the parties, and consistent with the provisions of the CBA and such authority as Boys Market, Inc. v. Retail Clerks Union, 398 U.S. 235 (1970), may grant, the court ORDERS as follows:

1.      Defendant Local 4 of the International Union of Elevator Constructors (IUEC), its officers, agents, and representatives, are hereby enjoined from inducing, authorizing, or encouraging employee-members from refusing to perform voluntary overtime callbacks or otherwise obstructing the normal business operations of plaintiff Otis Elevator Company (Otis).

2.      Defendant Local 4, unless otherwise designated by the General President of the IUEC, and Otis, shall undertake an expedited arbitration of all issues related to the

discharge of Local 4 members Nugent and Ortiz. In so doing, the parties will abide by the provisions of Article XV, Paragraph 9 of the CBA, including the timeframes set out therein (unless modified by the mutual agreement of the parties and the arbitrator).

SO ORDERED.

*Richard G. Stearns*
UNITED STATES DISTRICT JUDGE

2

06/08/2005 14:09    860-676-5430           OTIS NSAA HR                        PAGE 04/06

```
                          JOB STATUS REPORT

                                            TIME  : 06/08/2005 14:05
                                            NAME  : OTIS NSAA HR
                                            FAX#  : 860-676-5430
                                            TEL#  :
                                            SER.# : BRO4J2528083

   DATE,TIME            06/08 14:04
   FAX NO./NAME         94109536169
   DURATION             00:00:30
   PAGE(S)              04
   RESULT               OK
   MODE                 STANDARD
                        ECM
```

# FAX


**Otis**
A United Technologies Company

| | |
|---|---|
| **Date** June 8, 2005 | **From:** |
| | David Powilatis |
| **To:** | Labor Department |
| Dana Brigham | One Farm Springs Road |
| Fax: 410-953-6169 | Farmington, CT 06032 |
| | Phone 860-676-6552 |
| | Fax 860-998-3970 |

**REMARKS:**

☒ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

Please see attached.

06/08/2005 14:09    860-676-5430           OTIS NSAA HR                      PAGE 05/06

```
                        JOB STATUS REPORT

                                          TIME  : 06/08/2005 14:06
                                          NAME  : OTIS NSAA HR
                                          FAX#  : 860-676-5430
                                          TEL#  :
                                          SER.# : BRO4J2520083


  DATE,TIME          06/08  14:05
  FAX NO./NAME       86172886724
  DURATION           00:00:42
  PAGE(S)            04
  RESULT             OK
  MODE               STANDARD
                     ECM
```

# FAX


Otis
A United Technologies Company

Date    June 8, 2005

From:

    **David Powliatis**

To:

    **Labor Department**

**Michael Langer**

    **One Farm Springs Road**

**Fax: 617-288-6724**

    **Farmington, CT 06032**

Phone    860-676-6552

Fax      860-998-3970

**REMARKS:**

☒ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

Please see attached.

# International Union of Elevator Constructors Local Union No. 4

Boston, MA/Portland, ME

Affiliated with Building Trades, A.F.L.-C.I.O.

BUSINESS MANAGER
**MICHAEL J. LANGER**

BUSINESS REPRESENTATIVE
**KEVIN L. McGETTIGAN**

BUSINESS REPRESENTATIVE
FINANCIAL SECRETARY
**STEVEN A. MORSE**



June 9, 2005

To All IUEC Members
Currently Employed By
Otis Elevator Company

Dear Brothers and Sisters:

It has been brought to my attention, by Otis management, that many of you have decided to take time off, call in sick or otherwise choose not to take your work assignment during the current labor unrest. I must inform you that you have no protection under the current Otis Elevator Company Agreement for making these personal choices.

I urge you to return to work immediately. This is a directive from The Local 4 Office.

Fraternally,

Michael J. Langer
Business Manager
Local 4 Boston/Portland

Cc: D. Brigham GP IUEC
R. Koerbel Reg. Dir. IUEC
D. Powilatis Otis Elev. LR
D. Christensen Otis Elev.

Sent Via Fax and US Mail

Ex B

645R MORRISSEY BOULEVARD • DORCHESTER, MA 02122 • Tel: (617) 288-1547 • Fax: (617) 288-6724 • E-mail: local4@iueclocal4.com
ME. VT. NH. 1-800-694-6797

JUN 09 2005 09:44                                                                                          PAGE.01