JUN 09 2005 11:55 FR OTIS WESTBROOK          2078566136 TO 18028627512     P.02/03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OTIS ELEVATOR COMPANY,                      )
                                            )
        Plaintiff;                          )
                                            )
v.                                          )          Docket No.
                                            )
LOCAL 4, INTERNATIONAL UNION                )
OF ELEVATOR CONSTRUCTORS;                   )
MICHAEL LANGER, INDIVIDUALLY, and as        )
BUSINESS MANAGER; KEVIN McGETTIGAN,         )
INDIVIDUALLY, and as BUSINESS               )   **05** ) **1 1 2 . 3 NMG**
REPRESENTATIVE; STEVE MORSE,                )
INDIVIDUALLY, and as BUSINESS               )
REPRESENTATIVE, and all others              )
conspiring, acting in concert or otherwise  )
participating with them or acting in their aid )
or behalf.                                  )
                                            )
        Defendants.                         )

## DECLARATION OF TODD PETTERSON

Todd Petterson, being duly sworn, deposes and says as follows:

1.  I am employed as a Maintenance Supervisor by Otis Elevator Company ("Otis") in its

Portland, Maine office.

2.  Rob Burpee was laid off in Feburary and was subsequently asked to work out of the

Bangor office by Scott Frasier, a supervisor in the Bangor office.

3.  I spoke with Mr. Burpee in the Portland office on May 31, the day after Scott Frasier

asked him to report for work in Bangor.

4.  Mr. Burpee stated that after being asked by Scott Frasier to work in Bangor, he (Mr.

Burpee) spoke with Local 4 to get approval for his assignment.

DOWNS
RACHLIN
MARTIN PLLC

JUN 09 2005 11:55 FR OTIS WESTBROOK        2078566136 TO 180288?512        P.03/03

5.  Mr. Burpee told me that the Local's response was that "if the assignment was to work with John Gorrecki, they hoped he would think about it."

6.  Mr. Burpee said that he was against the harassment of Mr. Gorrecki, but that after speaking with officials from Local 4, he felt conflicted about the assignment and did not know what to do.

7.  Mr. Burpee ultimately did not report for work in Bangor.


SWORN to under the pains and penalties of perjury.

Dated:  June ___9___, 2005

Todd Petterson

**Error! Reference source not found.**


DOWNS
RACHLIN
MARTIN PLLC                                   2