UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OTIS ELEVATOR COMPANY,<br>Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER: KEVIN<br>McGETTIGAN, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE, and<br>all others conspiring, acting in concert or<br>otherwise participating with them or acting<br>in their aid or behalf.<br>Defendants | C.A. No. 05-11213NMG |

## AFFIDAVIT OF MICHAEL J. LANGER

1.      My name is Michael J. Langer and I am the Business Manager of Elevator
Constructors Local 4. I am submitting this Affidavit in Support of Defendant's Response to
Show Cause Order in Opposition to Otis' Motion for Temporary Restraining Order.

2.      On Wednesday, June 8, 2005, I learned that Otis Elevator employees had engaged
in a work stoppage. That evening I called Juan Barajas, who is a long-term Union member and
Otis employee, and told him that he had to go back to work and that he should tell everyone else
to return to work. I made it clear to Juan that the Union did not and could not support their
staying out of work and that I would be sending everyone a letter the next day, telling them to

return. I also called Mike Chapman with the same message and Kevin McGettigan, at my direction, also called a number of employees telling them the same thing.

3.    On the morning of Thursday, June 9, 2005, I wrote to all IUEC members currently employed by Otis, by fax and U.S. mail, telling them that they had no protection under the current Otis collective bargaining agreement for their decision to call in sick or otherwise choose not to work. I urged and directed them to return to work. A copy of my letter is attached to the Declaration of David Powilatis as Exhibit B.

4.    On Friday, June 10, 2005, I traveled to Maine and held a meeting of all of our members, advising them of the Court's Order and telling them again that they had to report to work.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

_____
Michael J. Langer

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/20/05
_____