UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OTIS ELEVATOR COMPANY,<br>Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER: KEVIN<br>McGETTIGAN, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE, and<br>all others conspiring, acting in concert or<br>otherwise participating with them or acting<br>in their aid or behalf.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11213NMG |

**DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE
U.S. DISTRICT COURT, DISTRICT OF MAINE IN PORTLAND**

Defendants, Local 4 International Union of Elevator Constructors, et al respectfully move this Court pursuant to 28 U.S.C. §1404(a) to transfer this action to the U.S. District Court, District of Maine in Portland. As grounds therefore, and as set forth more fully in the Memorandum of Law and Affidavits submitted herewith, defendants state as follows:

1. There is no statutory bar to a transfer, as this action could have been brought in the U.S. District Court, District of Maine.

2. It would be far more convenient for both the Defendants' and the Plaintiff's witnesses, virtually all of whom are located in Maine, to have this action tried in Maine than to have to travel to Massachusetts.

3. Justice would be better served if this case were tried in Maine.

 Respectfully submitted,

 LOCAL 4, INTERNATIONAL UNION OF
 OPERATING ENGINEERS, et al,

 By their attorneys,

 /s/ Anne R. Sills
 Paul F. Kelly, Esquire
 BBO #267000
 Anne R. Sills, Esquire
 BBO #546576
 Segal, Roitman and Coleman
 11 Beacon Street
 Suite #500
 Boston, MA  02108
 (617) 742-0208

Dated:  June 20, 2005


## LOCAL RULE 7.1(A)(2) CERTIFICATION

 Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Defendants' Motion to Transfer this Action to the U.S. District Court, District of Maine in Portland or Banger in this matter she spoke with Otis Elevator Company's attorney Timothy E. Copeland, Jr. and the parties attempted in good faith to resolve or narrow the issue.

 /s/ Anne R. Sills
 Anne R. Sills, Esquire


## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing Defendants' Motion to Transfer this Action to the U.S. District Court, District of Maine in Portland has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT  05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA  02109 this 20th day of June, 2005.

 /s/ Anne R. Sills
 Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/motion-transfer.doc