UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OTIS ELEVATOR COMPANY,<br>Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER: KEVIN<br>McGETTIGAN, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE, and<br>all others conspiring, acting in concert or<br>otherwise participating with them or acting<br>in their aid or behalf.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11213NMG |

## AFFIDAVIT OF DAVID M. BRACKETT

1. I live at 7 Old Oak Lane, Gorham, Maine.

2. I am employed by Otis Elevator.

3. I am a proud member of International Union of Elevator Constructors Local 4 and have been a Union member since January, 1985.

4. On June 7, 2005, I learned that Otis Apprentice Eric Smith had received a disciplinary letter from the Company for refusing to work with another employee. I discussed this with my Union brothers and when we learned on June 8, 2005 that the Company was insisting that Smith work with this employee, John Gorecki, or face being fired, we decided to stop work in support of Smith. As it turned out, I was sick and had to go to the doctor's and had

my wife call in. However, I would have stayed out anyway in support of Smith because I thought it was very important that we stick together and support him.

5.   Local 4, Mike Langer, Kevin McGettigan or Steve Morse has no involvement in my decision. I considered this to be a local issue and that we, Smith's Union brothers, had an obligation to support him and get him his job back.

6.   It would be very inconvenient for me to have to travel to Boston for a hearing or trial in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

/s/ David M. Brackett
David M. Brackett

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of David M. Brackett has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT 05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA 02109 this 20th day of June, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/affbracket,david.doc

2