UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OTIS ELEVATOR COMPANY,<br>　　　Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as BUSINESS MANAGER: KEVIN McGETTIGAN, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE; STEVE MORSE, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE, and all others conspiring, acting in concert or otherwise participating with them or acting in their aid or behalf.<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11213NMG |

## AFFIDAVIT OF MARK S. CORMIER

1.　　I live in Hampden, Maine.

2.　　I am employed by Otis Elevator.

3.　　I am a proud member of International Union of Elevator Constructors Local 4 and have been since March, 2000.

4.　　On June 7, 2005, I learned that Otis Apprentice Eric Smith had received a disciplinary letter from the Company for refusing to work with another employee.

5.　　On June 8 we learned that the Company was insisting that Smith work with this employee, John Gorecki, or face being fired. I discussed this with my Union brothers and we decided we needed to stop work in support of Smith.

6.  I never discussed this with Local 4, Mike Langer, Kevin McGettigan or Steve Morse. I considered this to be a local issue and that we, Smith's Union brothers, had an obligation to support him.

7.  It would be very inconvenient for me to have to travel to Boston for a hearing or trial in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

/s/ Mark S. Cormier
Mark S. Cormier

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of Mark S. Cormier has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT 05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA 02109 this 20th day of June, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/affcormier.doc