UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OTIS ELEVATOR COMPANY,<br>　　　　Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as BUSINESS MANAGER: KEVIN McGETTIGAN, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE; STEVE MORSE, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE, and all others conspiring, acting in concert or otherwise participating with them or acting in their aid or behalf.<br>　　　　Defendants | C.A. No. 05-11213NMG |

**AFFIDAVIT OF PETER F. HACKETT**

1.　　I live at 15 Haskell Road, North Yarmouth, Maine.

2.　　I am employed by Otis Elevator.

3.　　I am a proud member of International Union of Elevator Constructors Local 4 and have been since 1999 when Local 4 merged with Local 95. I have been a member of the Union since June, 1985.

4.　　On June 7, a number of my co-workers and I met with Dick Hogue and Doug Christensen to talk about Eric Smith working with John Gorecki. It was stated that it was unfair to put a letter in Eric's file and tell him that the only work for him was with John, when Eric

stated that he felt unsafe around John. Dick and Doug said they would look into it, and talk to John.

5.  On June 8, Dick and Doug said they talked to John, and that no law was broken so Eric could work, but it would be with John.

6.  I feel that Eric's personal safety concerns were not considered in this decision, and Eric shouldn't be reprimanded with a disciplinary letter, for his personal safety concerns. Dick then said, then tell me how will work with John. All this time there was a Local 4 member upstairs in the office training to take the job with John.

7.  I discussed this with my Union brothers and we decided to stop work in support of Eric.

8.  I never discussed this with Local 4, Mike Langer, Kevin McGettigan or Steve Morse. I considered this to be a local issue and that we, Smith's Union brothers, had an obligation to support him and get him his job back.

9.  It would be very inconvenient for me to have to travel to Boston for a hearing or trial in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

/s/ Peter F. Hackett
Peter F. Hackett

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Affidavit of Peter F. Hackett has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT 05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA 02109 this 20th day of June, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/affhackett.doc

2