UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OTIS ELEVATOR COMPANY,<br>　　　　Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER: KEVIN<br>McGETTIGAN, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE, and<br>all others conspiring, acting in concert or<br>otherwise participating with them or acting<br>in their aid or behalf.<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11213NMG |

## AFFIDAVIT OF JASON J. LYONS

1.　　　I live at 28 Woodbury Street, Portland, Maine.

2.　　　I am employed by Otis Elevator.

3.　　　I am a proud member of International Union of Elevator Constructors Local 4 and have been a Union member since December, 1987.

4.　　　On June 7, 2005, I learned that Otis Apprentice Eric Smith had received a disciplinary letter from the Company for refusing to work with another employee. I discussed this with my Union brothers and when we learned on June 8 that the Company was insisting that Smith work with this employee, John Gorecki, or face being fired, we decided to stop work in

support of Smith. I called Dick Hogue on June 8 and told him Mechanic Scott Hapworth and I would not be in.

5. I never discussed this with Local 4, Mike Langer, Kevin McGettigan or Steve Morse. I considered this to be a local issue and that we, Smith's Union brothers, had an obligation to support him.

6. It would be very inconvenient for me to have to travel to Boston for a hearing or trial in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

/s/ Jason J. Lyons
Jason J. Lyons

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of Jason J. Lyons has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT 05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA 02109 this 20th day of June, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/afflyons.doc