UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY,<br>    Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as BUSINESS MANAGER: KEVIN McGETTIGAN, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE; STEVE MORSE, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE, and all others conspiring, acting in concert or otherwise participating with them or acting in their aid or behalf.<br>    Defendants | C.A. No. 05-11213NMG |

## AFFIDAVIT OF DANIEL WISWELL

1. I live at 79 Misty Way, Glenburn, Maine. Glenburn is located north of Bangor, Maine.

2. I am currently employed by Otis Elevator as a mechanic and work out of its Bangor, Maine branch office. I have worked for Otis Elevator since August, 1999. I generally work from 7:30 a.m. to 4:00 p.m. and am paid as an hourly employee.

3. I am a proud member of International Union of Elevator Constructors Local 4 and have been since August, 1999.

4. I am aware that John Gorecki resigned from full Union membership but, in all honesty, that doesn't bother me too much. John Gorecki does bother me, though. We have not

gotten along ever since an incident that occurred about a year ago. Since then, I've felt that Gorecki has had a grudge against me and, given the way he is and how he acts, I don't want to have anything to do with him.

5.  For example, one day Gorecki, John Dondero and I were having a political discussion. Gorecki got so angry he slammed a notebook down on the table and stormed out of the room, slamming the door. I didn't know what he was going to do.

6.  When I heard that Gorecki had a gun and had gone so far as to strap it on and show it to someone, I became really concerned about working with him or anyone else having to work with him.

7.  Because of this, when I heard that Eric Smith refused to work with Gorecki, I didn't blame him and supported him wholeheartedly. I truly do not believe that Gorecki is safe.

8.  Then, when I heard that Otis was threatening to fire Eric if he didn't work with Gorecki, I felt that we had to do something to support Eric. On June 8, I went to the office with John Dondero and Mark Cormier to talk with Scott Fraser. I told him that I wouldn't work with Gorecki and that I was afraid for myself and my family. In fact, I was so upset about all this I developed stomach problems and ended up going to the doctor on June 9, where I got Prilosec for my stomach. I called and told Scott that morning that my stomach hurt and that I would be going to the doctor.

9.  I stayed out of work on June 8 and would have stayed out of work on June 9 even if I didn't have to see the doctor to show my support for Eric. I felt and so did the other Local 4 members I spoke with that we had to do something about this.

10.  Local 4 had absolutely nothing to do with my decision to stop working. In fact, although I've called Mike Langer, Kevin McGettigan and Steve Morse at other times about

2

Union issues I wanted to discuss, I purposefully did not speak with them about our decision to stay out of work in support of Eric. I knew that the Union could get into trouble and I didn't want to involve them at all.

11. It would be very inconvenient for me to have to travel to Boston, Massachusetts for a trial or hearing in this case. It takes approximately 4 - 4½ hours to travel to Boston from my house. This is substantially longer than the 2½ hours it would take to travel to Portland. Also, I would have to lose a full day's pay whereas, if the hearing was in Maine, I would only have to lose part of a day's pay.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

/s/ Daniel Wiswell
Daniel Wiswell

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Affidavit of Daniel Wiswell has been served by first class mail upon the attorneys for the plaintiff, Otis Elevator Company, Timothy E. Copeland, Jr. and Peter B. Robb at Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box #9, Brattleboro, VT 05302 and Nathan L. Kaitz, Laurence J. Donoghue and M. Amy Carlin at Morgan, Brown & Joy, LLP at 200 State Street, 11th Floor, Boston, MA 02109 this 20th day of June, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
PFK 3002 05-213/affwiswell.doc