

**DRM**
DOWNS RACHLIN MARTIN PLLC

TIMOTHY E. COPELAND, JR.
tcopeland@drm.com
Fax: (802) 258-2286

June 21, 2005

*Via Facsimile and U.S. Mail*

The Honorable Judge Nathaniel M. Gorton
United States District Court - District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re:   Otis Elevator Co. v. Local 4
      Case No. 1:05-cv-0511213-NMG

Dear Honorable Judge Gorton:

Per my conversation with Craig Nicewicz, and following consultation with counsel for Defendants, this letter is to advise the Court that Otis Elevator Company does not intend to proceed with its Petition for Preliminary Injunctive Relief in the above-referenced matter, currently scheduled for a hearing before Your Honor on Thursday, June 23, 2005. We understand that the deadline for responding to Defendants' Motion to Transfer is July 5, 2005. On or before that day, counsel for Otis will confer with counsel for the Union and report to the Court as to whether it believes the case should proceed (including, if necessary, responding to Defendants' Motion to Transfer).

Very truly yours,

Timothy E. Copeland, Jr.

Cc:   Dave Powilatis, Esq.
      Paul Kelly, Esq.
      Nathan Kaitz, Esq.

DEACON JOHN HOLBROOK HOUSE ■ 80 LINDEN STREET ■ PO BOX 9 ■ BRATTLEBORO, VT ■ 05302-0009 ■ T: +1.802.258.3070 ■ F: +1.802.258.48
BURLINGTON, VT ■ ST. JOHNSBURY, VT ■ BRATTLEBORO, VT ■ MONTPELIER, VT ■ LITTLETON, NH ■ WWW.DRM.COM