UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY )<br>    Plaintiff;    )<br>)<br>v.    )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>    Defendants.    ) | | Docket No.<br>05-11213-NMG |

**PLAINTIFF OTIS ELEVATOR COMPANY'S**
**NOTICE OF DISMISSAL**

NOW COMES OTIS ELEVATOR COMPANY, the plaintiff, and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Dismissal without prejudice.

Dated: July 5, 2005                                          Respectfully submitted

                                                                /s/ Nathan L. Kaitz
                                                                 Nathan L. Kaitz (BBO #256760)
                                                                 Laurence J. Donoghue (BBO #130140)
                                                                 M. Amy Carlin, (BBO #648336)
                                                                  Morgan, Brown & Joy, LLP
                                                                  200 State Street, 11th Floor
                                                                   Boston, MA  02109
                                                                  (617) 523-6666

CERTIFICATE OF SERVICE

     I, Nathan L. Kaitz, hereby certify that a true copy of the above document was served by first class mail on Paul F. Kelly, Esquire, Segal Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA 02108 this 5th day of July, 2005

                                                      /s/ Nathan L. Kaitz_____
                                                      Nathan L. Kaitz