UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
OTIS ELEVATOR COMPANY,                )
       Plaintiff                              )
                                      )
v.                                    )
                                      )
LOCAL 4, INTERNATIONAL UNION          )   C.A. No. 05-11213NMG
OF ELEVATOR CONSTRUCTORS;             )
MICHAEL LANGER, INDIVIDUALLY,         )
and as BUSINESS MANAGER: KEVIN        )
McGETTIGAN, INDIVIDUALLY, and         )
as BUSINESS REPRESENTATIVE;           )
STEVE MORSE, INDIVIDUALLY, and        )
as BUSINESS REPRESENTATIVE, and       )
all others conspiring, acting in concert or )
otherwise participating with them or acting )
in their aid or behalf.               )
       Defendants                             )
_____)

## DEFENDANTS' MOTION FOR ATTORNEYS FEES

Now come the Defendants and move this Honorable Court pursuant to 29 U.S.C. § 107 to issue an order that Defendants be recompensed for the fees and expenses incurred in defending the action.

As grounds for their motion Defendants respectfully show:

1. The action was commenced on June 9, 2005 by the filing of a Complaint and a motion for a temporary restraining order.

2. Defendants appeared and defended on the grounds that they were not responsible for the conduct and injuries complained of and that Otis had not shown the requisite harm to warrant temporary relief.

3. The Court issued a temporary restraining order and an order to show cause why a preliminary injunction should not issue.  The Court scheduled a preliminary injunction hearing for June 23, 2003 and ordered Plaintiff to post a bond "as required by law".

4. Defendants responded to the order to show cause and filed eleven affidavits in support of Defendants' position that they were not legally responsible for the conduct and injuries of which Plaintiff complained.

5. Plaintiff voluntarily dismissed the action prior to the hearing on the preliminary injunction.

6. Defendants incurred expenses, including attorneys fees, in defending the action in the total amount of $6799.33 as set for the in the Affidavit filed herewith.

**WHEREFORE** Defendants respectfully request that the Court, pursuant to 29 U.S.C. § 107, issue an order directing Plaintiff to recompense Defendants for amounts expended in defense of the action.

LOCAL 4, INTERNATIONAL UNION
OF ELEVATOR CONSTRUCTORS,
AFL-CIO, et al.
By their attorneys,

/s/ Paul F. Kelly
Paul F. Kelly, Esquire
BBO #267000
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman and Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  October 24, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Plaintiffs' counsel, Timothy Copeland, from October 11, 2005 until October 21, 2005 in a good-faith attempt to resolve or narrow the issues, and that counsel opposes this Motion.

/s/ Paul F. Kelly
Paul F. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of foregoing Motion for Attorneys Fees was served upon Timothy E. Copeland, Jr., Esq., Downs, Rachlin & Martin, 80 Linden Street, PO Box 9, Brattleboro, VT 05302-00009, via first class mail, postage prepaid, this 24th day of October, 2005.

/s/ Paul F. Kelly
Paul F. Kelly