UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY,<br>    Plaintiff<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER, INDIVIDUALLY, and as BUSINESS MANAGER: KEVIN McGETTIGAN, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE; STEVE MORSE, INDIVIDUALLY, and as BUSINESS REPRESENTATIVE, and all others conspiring, acting in concert or otherwise participating with them or acting in their aid or behalf.<br>    Defendants | C.A. No. 05-11213NMG |

## AFFIDAVIT OF PAUL F. KELLY

1.  My name is Paul F. Kelly and I am a partner in the firm Segal, Roitman & Coleman.  Both I and my partner Anne Sills performed services to the Defendants in this case.

2.  The firm keeps its time records in a computerized database program known as Timeslips.

3.  I have reviewed the records of the time spent by myself and Ms. Sills in this matter.

4. We performed services in connection with this matter on June 9, 2005 the day of the temporary restraining order hearing and from June 13 to June 20 in preparation for the preliminary injunction hearing.

5. Our records reveal that we spent 5 hours on June 9, 24.6 hours during the week following the TRO hearing and 6.5 hours in the preparation of these papers.

6. Our regular hourly rate for this client has been $185.00 at all times related hereto.

7. The client has incurred attorney fees of $6678.50 in connection with this case.

8. In addition, the client has been incurred costs of $120.86 for online research and postage in connection with this matter.

**SUBSCRIBED AND AFFIRMED PURSUANT TO THE PAINS AND PENALTIES OF PERJURY THIS 24TH DAY OF OCTOBER 2005**

/s/ Paul F. Kelly
Paul F. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of foregoing affidavit of Paul F. Kelly was served upon Timothy E. Copeland, Jr., Esq., Downs, Rachlin & Martin, 80 Linden Street, PO Box 9, Brattleboro, VT 05302-00009, via first class mail, postage prepaid, this 24th day of October, 2005.

/s/ Paul F. Kelly
Paul F. Kelly